**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-25477-CIV-ALTONAGA/Reid**

**ZONEIDA PIMENTEL ZAPATA**,

Plaintiff,

v.

**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**, *et al.*,

Defendants.
_______________________________/

# ORDER

**THIS CAUSE** came before the Court *sua sponte*. In its August 17, 2026 Order [ECF No. 4], the Court directed Plaintiff, Zoneida Pimentel Zapata to file an amended complaint by August 20, 2026. (*See id.* 2).[1] To date, Plaintiff has neither filed an amended complaint nor sought additional time to do so.

Being fully advised, it is

**ORDERED** that this case is **DISMISSED without prejudice**.[2] Any pending motions are **DENIED as moot**. The Clerk of Court shall **CLOSE** the case.

[1] The Court uses the pagination generated by the electronic CM/ECF database, which appears in the headers of all court filings.

[2] *See Schmitt v. U.S. Off. of Pers. Mgmt.*, 403 F. App'x 460, 461 (11th Cir. 2010) ("The court . . . has the inherent ability to dismiss a claim in light of 'its authority to enforce its orders and provide for the efficient disposition of litigation.'" (alteration added; quoting *Zocaras v. Castro*, 465 F.3d 479, 483 (11th Cir. 2006))).

**DONE AND ORDERED** in Miami, Florida, this 24th day of August, 2026.

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**